DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN BELTRAN-CARRANZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-337-EJG |
| ) Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) ) | |
| JUAN BELTRAN-CARRANZA, ) ) | Date: September 5, 2008 Time: 10:00 a.m. |
| Defendant. ) _____) | Judge: Edward J. Garcia |

It is hereby stipulated between the parties, Daniel S. McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, JUAN BELTRAN-CARRANZA, that the status conference hearing date of September 5, 2008, be vacated and rescheduled for October 3, 2008 at 10:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from September 5, 2008 through and including October 3, 2008 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: September 4, 2008          Respectfully submitted,
4                                    DANIEL J. BRODERICK
                                     Federal Defender
5
6                                    /s/ Lauren D. Cusick
                                     LAUREN D. CUSICK
7                                    Assistant Federal Defender
                                     Attorney for Defendant
8                                    JUAN BELTRAN-CARRANZA
9
   Dated: September 4, 2008          MCGREGOR W. SCOTT
10                                   United States Attorney
11
                                     /s/ Lauren D. Cusick
12                                   DANIEL S. McCONKIE
                                     Assistant U.S. Attorney
13                                   per telephonic authorization
14
                              **O R D E R**
15
   IT IS SO ORDERED.
16
   Dated: Sept. 4, 2008
17
                                     /s/ Edward J. Garcia
18                                   EDWARD J. GARCIA
                                     United States District Judge
19

Stip and Order                       2